# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __13 MJ 1123__

2) Defendant's Name: __Parker__ __Andrew__ _____
   (Last) (First) (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __✓__ Yes __ No   Date/Time: __12/24/13__

10) Detention Hearing Held: ___ Bail set at: __$250,000__ ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Rena Paul__

14) DEFENSE COUNSEL'S NAME: __Henry Steinglass__
    Address: _____
    Bar Code: _____ CJA: __✓__ FDNY: ___ RET: ___
    Telephone Number: ( ) _____

15) LOG #: ___ ( _____ )   MAG. JUDGE: __Viktor V. Pohorelsky__

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety(ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE